UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SPOKANE RACEWAY PARK, INC., <br><br> Plaintiff, <br><br> v. <br><br> ORVILLE L. MOE, et al, <br><br> Defendant. | No. CV-07-396-FVS <br><br> ORDER |

**THIS MATTER** having come before the Court based upon a motion to dismiss for lack of prosecution; and the record reflecting that the appellant has, indeed, failed to prosecute his appeal in accordance with the Federal Rules of Bankruptcy Procedure; Now, therefore

**IT IS HEREBY ORDERED:**

1. The motion to dismiss **(Ct. Rec. 7) is granted**. The appeal is dismissed **without prejudice**.

2. The motion to dismiss **(Ct. Rec. 13) is moot**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel and **close** the file.

**DATED** this ___16th___ day of April, 2008.

                                              s/ Fred Van Sickle
                                                Fred Van Sickle
                                     United States District Judge

ORDER- 1